No. 1030.   HINTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   *Harold Dunbar Cooley* for petitioner. *Solicitor General Marshall* for the United States.

